UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GARRET BORDERS, | ) CV 11-6272-PSG (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| W. KNIPP, Warden, (A) | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: ____February 22, 2012_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE